UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| HERIBERTO VALIENTE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>PUBLIX SUPER MARKETS, INC.,<br><br>      Defendant. | CASE NO. 1:22-cv-22930-RNS |

**DEFENDANT'S SECOND NOTICE OF SUPPLEMENTAL
AUTHORITY IN SUPPORT OF MOTION TO DISMISS
<u>FIRST AMENDED COMPLAINT [ECF NO. 11]</u>**

Pursuant to Local Rule 7.8, Defendant Publix Super Markets, Inc. brings to the Court's attention the following supplemental authority:

- *Davis v. PUR Co. (USA)*, No. 22-CV-6430L, 2023 WL 3024407 (W.D.N.Y. April 20, 2023).

Davis—represented by the same counsel representing Plaintiff here—brought a class action alleging deceptive practices where a product's packaging stated "peppermint" but it contained only a *de-minimis* amount of peppermint. Davis alleged claims for a violation of the state consumer-protection statute, breach of warranties, negligent misrepresentation, fraud, and unjust enrichment. The court dismissed the case "with prejudice" because "a reasonable consumer":

> would not be misled by the Product label's use of the word "peppermint," into believing that the Product's flavor was derived solely from peppermint components such as peppermint oil or

1

peppermint extract….[A]ny consumer who was confused about whether the front label was designating a flavor, an ingredient, or both, could simply read the Product's listed ingredients, which do not include peppermint oil or peppermint extract.

*Id.* at *4.

*Davis* is relevant to all arguments in Publix's Motion To Dismiss Plaintiff's First Amended Class Action Complaint [ECF No. 11]. Plaintiff makes nearly-identical claims about this "honey-lemon" product and Florida law uses the same reasonable person standard.

Dated: April 26, 2023                    Respectfully submitted,

/s/ Daniel B. Rogers
Daniel B. Rogers
Danielle A. Greenberg
SHOOK, HARDY & BACON L.L.P.
201 South Biscayne Blvd., Suite 3200
Miami, Florida 33131
(305) 358-5171
drogers@shb.com
dgreenberg@shb.com

Brian T. Guthrie
SHOOK, HARDY & BACON L.L.P.
100 North Tampa Street, Suite 2900
Tampa, Florida 33602
(813) 202-7100
bguthrie@shb.com

***Counsel for Defendant Publix Super Markets, Inc.***